### UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIFFANY FROST, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. CIV-25-607-G |
| | ) |
| META PLATFORMS, INC., | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Now before the Court is Plaintiff Tiffany Frost's Motion (Doc. No. 43) seeking entry of default against Defendant Meta Platforms, Inc. pursuant to Federal Rule of Civil Procedure 55(a).  Defendant has responded in opposition (Doc. No. 54).

As Defendant has now appeared through counsel and filed a motion to dismiss in this action, it has not been shown that Defendant "has failed to plead or otherwise defend," and so the entry of a default would not be appropriate.  Fed. R. Civ. P. 55(a); *see Cummings v. U.S. Postal Serv.*, No. 20-7066, 2021 WL 4592271, at *2 (10th Cir. Oct. 6, 2021).

IT IS THEREFORE ORDERED that Plaintiff's Motion (Doc. No. 43) is DENIED.

IT IS SO ORDERED this 2nd day of June, 2026.

_____
CHARLES B. GOODWIN
United States District Judge